UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

-NEW ORLEANS-

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Respondent, | ) | |
| v. | ) | Case No.: 98-207 $E(5)$ |
| | ) | 2:98-cr-207-12 |
| TREVOR WILLIAMS,<br>  Petitioner/Movant. | ) | |

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED MAR 0 4 2020*
*CAROL L. MICHEL*
*CLERK*

## MOTION FOR IMMEDIATE RELEASE OR RESENTENCING
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT

COMES NOW Trevor Williams, the Petitioner, Pro Se,[1] respectfully moves this Honorable District Court for his immediate release or resentencing pursuant to Section 404 of the recently-enacted First Step Act of 2018. Also SEE United States v. Jones, No. 3:99-cr-264-6 (2nd Cir. D. Conn. 2019). In support thereof, the Petitioner states the following:

**BACKGROUND HISTORY**

1) On 8-20-1998 an arrest warrant was issued for Petitioner Trevor Williams and several others were indicted for violations of the Federal Controlled Substances Act and Federal Firearms Laws. See Original Indictment.

---

1  Petitioner submits that he is proceeding Pro Se in this instant Motion, that he is not well versed in legal pleadings and form, and request that this Honorable Court construe his pleadings liberally and not hold him to the same strict standards as those of an attorney, pursuant to the doctrine set forth in Haines v. Kerner, 404 U.S. 519, 92S. Ct. 594 (1972). Also see Sanders v. United States, 113 F. 3d 184 (11th Cir 1997).

(1)

TENDERED FOR FILING
MAR 0 4 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

2) On 5-23-01 Petitioner Williams pled guilty to Counts 1 and 2 of the Superseding Bill of Information.

3) On 8-15-01 Petitioner Willimas was sentenced for Count 1 Solicitation to commit murder in furtherance of a continuing criminal enterprise as defined by 21 U.S.C. §848(c), in violation of 21 U.S.C. §848(e)(1)(B); all in violation of Title 18, United States Code, Section 373(a) and Count 2 for knowingly using and carrying a firearm, during and in relation to a drug trafficking crime to wit: conspiracy to possess with intent to distribute quantities of cocaine base ("crack"), and cocaine hydrochloride, in violation of Title 21, United States Code §846; all in violation of Title 18 United States Code, §924(c)(1) and §2.

4) Petitioner Williams was sentenced to a total of 300 months imprisonment. 240 months on Count 1 and 60 months on Count 2, to be served consecutively.

**RELEVANT ISSUES**

The FIRST STEP ACT (S.756), a criminal justice reform bill, became law on 12-21-2018. See Section 404 of the First Step Act of 2018 ("First Step Act"), Pub. L. 115-391, §404, 132 Stat. 5194, 5222 (2018). Under the First Step Act anyone who was sentenced before August 3, 2010 for cocaine base "covered offenses" commonly known as crack cocaine offenses may apply for a reduction of sentence. The First Step act expressly makes the "Fair Sentencing Act of 2010" retroactively applicable, and authorizes District Courts to REDUCE a sentence as if the Fair Sentencing Act of 2010 were in effect at the time the covered offense was committed. The First Step Act

(2)

created a remedy which allows this Honorable Court to impose reduced sentences on any individual who is still serving a sentence for a cocaine base offense.

The Fair Sentencing Act was signed into Federal Law on Aug 3, 2010. The provisions of the Fair Sentencing Act only applied to Defendants sentenced on or after that date. The Fair Sentencing Act, Amendment 750 under the United States Sentencing Guidelines, lowered the ratio disparity of crack cocaine to powder cocaine from 100 to 1 down to 18 to 1. However many judges have been giving Defendants the benefit of a 1 to 1 ratio in some instances.

Petitioner Williams has not received the benefit of the penalty changes made by the Fair Sentencing Act/ First Step Act and he is now eligible for a sentence reduction. Both of Petitioner Williams' charges are based upon conspiracy to possess with intent to distribute quantities of cocaine base ("crack"). Petitioner Williams has a valid argument that he should be granted a discretionary sentence reduction under the Act. A quick summary of his charges are based upon a continuing criminal enterprise as defined by 21 U.S.C. §848(c) and use of a firearm, during and relation to drug-trafficking crime to wit conspiracy to distribute crack cocaine, in violation of Title 21 U.S.C. §846. SEE <u>United States v. Lyle Jones</u>, No. 3:99-cr-264-6(VAB) (Defendants Life sentence was reduced to 237 months taking into consideration drug activity and violent acts)(2nd Cir 2019).

(3)

Petitioner Williams states that his §373 Solicitation offense and his §924(c) offense are cocaine base related and fall under the umbrella of "covered offenses". The District Court now has the authority to reduce Petitioners twenty-five year sentence imposed in 2001. Petitoner was sentenced before 8-3-2010 and his charges both fall under "covered offenses".

## POST SENTENCING CONDUCT

The Court may consider post-sentencing conduct of the Petitioner that occurred after the imposition of the original term of imprisonment in determining (I) whether a reduction in the Petitioners term of imprisonment is warranted and (II) the extent of such reduction.

Petitioner Williams would respectfully request the Honorable Court to consider his rehabilitation efforts and his behavior while incarcerated, which both show a reduction of his sentence is warranted. See Pepper v. United States, 562 U.S. 476, 491, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011)("Evidence of post-sentencing rehabilitation may be highly relevant to several of the §3553(a) factors that Congress has expressly instructed district courts to consider at sentencing".) A sentencing range of time served is sufficient under the Booker factors. (Petitioner has been incarcerated since 2001).

## POST SENTENCING ACCOMPLISHMENTS

While incarcerated, Petitioner Williams has earned his GED, completed Parenting classes, Victim Impact class, Personal Growth Seminars, Financial Management, Career Counseling, Drug Education, Anger Management, Commercial Driver License and Building Services to name a few of his many accomplishments. See Exhibit __A__

(4)

Petitioner Williams' Program Review/ Progress report shows that he has utilized his time to further his educational goals by enrolling into the aforementioned Vocational Technical(VT) Programs, assorted Adult Continuous Education(ACE) Programs and Classes, has has continuous employment within the facility, maintains model inmate characteristics and Mr. Williams has followed the guidance and recommendations of the Bureau of Prisons Counselors and Case Managers and has matured accordingly.

Petitioner Williams also has maintained close family and community relationships and has outside support, a place to live and a job awaiting his release.

## SUMMARY

The total cocaine base ("CRACK") amount is 50 grams or better. (as stated in the original indictment). Petitioner has never received the benefit of the Original Fair Sentencing Act. Also, Petitioner has a valid argument that he should be granted a sentence reduction under the Act for his age(43), rehabilitative efforts while in prison and a term of 20 years is sufficient and is a lenghty sentence. Petitioner respectfully request time served and immediate release.

(5)

## CONCLUSION

WHEREFORE, Petitioner respectfully request this Honorable Court for immediate release or in the alternative a(n) reduction of his 300 month sentence.

Petitioner respectfully request to be appointed an attorney in this matter.

Petitioner request a hearing on this matter.

Respectfully Submitted,

*Trevor Williams*
TREVOR WILLIAMS
#01167-748
FCI BECKLEY- MED
P.O. BOX 350
Beaver, WV 25813

(6)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___7th___ day of the month of February 2020 ; I mailed one true and correct copy of the foregoing Motion for Immediate Release or Resentencing Pursuant to Section 404 of the First Step Act first class postage prepaid through the FCI Beckley- Medium Prison Postal Services to the following;

Hale Boggs Federal Building
United States Courthouse
500 Poydras St., Room C-151
New Orleans, LA  70130

Respectfully Submitted,

*Trevor Williams*
TREVOR WILLIAMS
#01167-748
FCI BECKLEY- MEDIUM
P.O. BOX 350
Beaver, WV 25813

2-4-2020

Re: UNITED STATES OF AMERICA V. TREVOR WILLIAMS
    Case No. 98-CR-207

Dear Court Clerk,

Enclosed you will find one true and correct original of the foregoing MOTION FOR IMMEDIATE RELEASE OR RESENTENCING PURSUANT TO THE FIRST STEP ACT OF 2018. Please file and bring this Motion to the attention of the Court as soon as business of the Court will permit.

Court Clerk, I am a layman at law and I have complied to the best of my abilities in preparation of the foregoing. However, if the Court rules requires some additional documentation from me, please inform me so that I may comply with any other requirements.

Sincerely,

*Trevor Williams*
TREVOR WILLIAMS
#01167-748
FCI BECKLEY- MEDIUM
P.O. BOX 350
Beaver, WV 25813

Institution on Lockdown 02-22-2020 thru 02/25/2020

TENDERED FOR FILING

MAR 04 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

[EXHIBIT] A



**Individualized Reentry Plan - Program Review (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILLIAMS, TREVOR 01167-748

SEQUENCE: 00835693
Team Date: 09-27-2019

| | |
|---|---|
| Facility: | BEC BECKLEY FCI |
| Name: | WILLIAMS, TREVOR |
| Register No.: | 01167-748 |
| Age: | 42 |
| Date of Birth: | 10-25-1976 |
| Proj. Rel. Date: | 05-09-2023 |
| Proj. Rel. Method: | GCT REL |
| DNA Status: | BMP03276 / 02-09-2010 |
| CIMS Status: | YES |
| CIMS Reconciled: | N/A |

Inmate is subject to 18 U.S.C. 4042(B) Notification: **Yes**
CURRENT CONVICTION FOR A CRIME OF VIOLENCE

Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration: **N/A**

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18 USC 373(A) SOLICITATION TO (COMMIT) MURDER--240 MONTHS 18 USC 924(C)(1) FIREARMS VOLATION (USING AND CARRYING A FIREARM IN RELATION TO A DRUG TRAFICKING CRIME)- 60 MONTHS CS TO 240 MONTHS | 300 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Pending Charges

PSI sec. 92

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-07-2018 |
| PHOTO ID Y | PHOTO ID - YES | 05-07-2018 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 12-30-2016 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-07-2018 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 05-07-2018 |
| VETERAN N | VETERAN - NO | 05-07-2018 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 10-23-2001 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 02-19-2008 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | RBL ORD AM | POPLAR BL AM DETAIL | 05-23-2018 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 11-08-2001 |
| BEC | GED EARNED | GED EARNED IN BOP | 09-19-2002 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BEC | C | JOB FAIR INTERVIEW | 05-02-2019 | 05-02-2019 |
| BEC | C | JOB FAIR INFORMATION | 05-02-2019 | 05-02-2019 |
| BEC | C | ANGER MANAGEMENT CLASS IN | 03-22-2019 | 04-03-2019 |
| BEC | C | JOB SKILLS BRING YOUR A GAME | 01-25-2019 | 03-01-2019 |
| BEC | C | DAVE RAMSEY FINANCIAL PEACE | 11-01-2018 | 01-04-2019 |
| BEC | C | FCI ACE VICTIM IMPACT | 05-10-2018 | 06-28-2018 |
| MAN | C | RPP#5 RELEASE PREP PROG A&O | 12-15-2016 | 12-15-2016 |
| MAN | C | RPP2 COMMERCIAL DRIVER LICENSE | 01-10-2017 | 04-11-2017 |
| YAM | C | RPP1 AIDS AWARENESS | 02-28-2013 | 02-28-2013 |
| TRV | C | BUILDING SERVICES 12:30-RECALL | 03-01-2011 | 12-15-2011 |
| TRV | C | FILM CRITIQUE 4 - SCI-FI | 02-08-2011 | 04-20-2011 |

Archived as of 09-26-2019    Individualized Reentry Plan - Program Review (File Copy)    Page 1 of 4

[EXHIBIT A]



## Individualized Reentry Plan - Program Review (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILLIAMS, TREVOR 01167-748

SEQUENCE: 00835693
Team Date: 09-27-2019

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BMP | C | BEGINNING CROCHET, SATURDAYS | 10-01-2009 | 01-06-2010 |
| BMP | C | BEGINNING LEATHER CLASS | 10-22-2009 | 01-06-2010 |
| MNA M | C | RECREATION FUNDAMENTALS, 1 HR | 12-22-2008 | 12-28-2008 |
| MNA M | C | PARENTING PHASE 1 | 01-27-2009 | 02-22-2009 |
| MNA M | C | RPP2 CAREER COUNSELING | 01-30-2009 | 02-05-2009 |
| MNA M | C | PERSONAL GROWTH SEMINAR | 12-18-2008 | 12-18-2008 |
| MNA M | C | CALISTHENICS PROGRAM | 08-18-2008 | 10-16-2008 |
| MNA M | C | RPP #3-FINANCIAL MGMT | 10-08-2008 | 11-03-2008 |
| MNA M | C | FCI BEGTYPE M-F 12:30-2:30 | 09-17-2008 | 10-10-2008 |
| MNA M | C | PERSONAL GROWTH SEMINAR | 09-19-2008 | 09-19-2008 |
| MNA M | C | PERSONAL GROWTH SEMINAR | 07-18-2008 | 07-18-2008 |
| BEN | C | BASIC CASE LAW MON 12:00 | 01-31-2008 | 05-09-2008 |
| EDG | C | VICTIM AWARE/IMPACT-MAHOMES | 08-24-2004 | 10-28-2004 |
| TDG | C | #3 ADVANCED GED 2-4 FCI M-F | 12-23-2001 | 09-19-2002 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| BEC | A-DES | TRANSFER RECEIVED | 04-19-2018 | CURRENT |
| MAN | A-DES | OTHER AUTH ABSENCE RETURN | 01-04-2018 | 02-26-2018 |
| MAN | A-DES | TRANSFER RECEIVED | 10-24-2016 | 01-04-2018 |
| YAM | A-DES | TRANSFER RECEIVED | 10-18-2016 | 10-18-2016 |
| YAM | A-DES | TRANSFER RECEIVED | 02-12-2013 | 09-08-2016 |
| TRV | A-DES | OTHER AUTH ABSENCE RETURN | 04-08-2011 | 01-17-2013 |
| TRV | A-DES | TRANSFER RECEIVED | 11-17-2010 | 04-08-2011 |
| BMP | A-DES | TRANSFER RECEIVED | 10-27-2010 | 10-27-2010 |
| BMP | A-DES | TRANSFER RECEIVED | 04-08-2009 | 10-20-2010 |
| MNA M | A-DES | TRANSFER RECEIVED | 06-06-2008 | 02-25-2009 |
| BEN | A-DES | TRANSFER RECEIVED | 10-05-2007 | 06-06-2008 |
| EDG | A-DES | OTHER AUTH ABSENCE RETURN | 03-15-2004 | 09-26-2007 |
| EDG | A-DES | TRANSFER RECEIVED | 05-08-2003 | 03-15-2004 |
| TDG | A-DES | OTHER AUTH ABSENCE RETURN | 07-24-2002 | 05-05-2003 |
| TDG | A-DES | US DISTRICT COURT COMMITMENT | 10-09-2001 | 07-24-2002 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-16-2009 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-21-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 09-12-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-23-2008 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-08-2009 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 05-15-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-26-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 05-03-2018 |

### FRP Details



## Individualized Reentry Plan - Program Review  (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILLIAMS, TREVOR  01167-748

SEQUENCE: 00835693
Team Date: 09-27-2019

### Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | Start: **12-09-2011** |
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | Obligation Balance: **$14,801.41** | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | REST NV | $43,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $20,000.00 | $14,801.41 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-11-2019 | BEC | PAYMENT | INSIDE PMT | $25.00 |
| | 06-11-2019 | BEC | PAYMENT | INSIDE PMT | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months: $0.00           Payments commensurate?  N/A

New Payment Plan:   ** No data **

### Progress since last review:

Completed Job Fair Interview and Job Fair Information. Did not complete any other prior recommendations.

### Next Program Review Goals:

1. Enroll in a VT program.
2. Enroll in a computer class.

### Long Term Goals:

1. Obtain ID/SSN card and birth certificate
2. Complete RPP classes.

### RRC/HC Placement

### Comments:

407/408 reviewed and current.
Judicial Recommendations: No.



**Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILLIAMS, TREVOR  01167-748

SEQUENCE: 00835693
Team Date: 09-27-2019

Name: WILLIAMS, TREVOR
Register No.: 01167-748
Age: 42
Date of Birth: 10-25-1976

DNA Status:  BMP03276 / 02-09-2010

_____
Inmate   (WILLIAMS, TREVOR. Register No.: 01167-748)

G-27-79
Date

_____         _____
Unit Manager / Chairperson               Case Manager

9-27-19                                        9-27-79
Date                                              Date



Mr. Jason Williams #01167-748
Federal Correctional Institution B
P.O. Box 350
Beaver, WV 25813

01167-748
U S Courthouse
500 Poydras ST
Room C-151
NEW Orleans, LA 70130
United States

