UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
— NEW ORLEANS —

UNITED STATES OF AMERICA,  )
                           )
V.                         )  Case No:
                           )  2:98-CR-207-12
TREVOR WILLIAMS,           )
                           )  Section H

## MOTION FOR JUDGMENT BY DEFAULT

COMES NOW the Petitioner Trevor Williams respectfully request this Honorable Court to Grant his Motion for Judgment by Default and immediate release him, with time-served. Petitioner Williams states the following:

1) On March 5th, 2020 the Honorable Judge Milazzo ORDERED the Government to file a Response to Petitioner Williams Motion to Reduce Sentence Pursuant to the First Step Act.

2) The Government was ORDERED to respond by May 15th, 2020.

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

TENDERED FOR FILING

MAY 21 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(1)

3) The Government has not responded by the date ORDERED and NO Motion for an Extension has been filed.

4) Petitioner Williams Motion to Reduce Sentence is unopposed, as such the Government concedes with the Petitioner's Motion.

## CONCLUSION

Wherefore, Petitioner Respectfully request this Honorable District Court to GRANT his Motion for Judgment by Default and his Motion to Reduce Sentence.

Petitioner Williams Respectfully Request the Honorable Court to Grant Petitioner A Reduction to TIME SERVED and for an ORDER for IMMEDIATE RELEASE.

X Respectfully Submitted
*Trevor Williams*
TREVOR WILLIAMS
#01167-748
FCI BECKLEY
P.O. BOX 350
BEAVER, WV 25813

(2)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 17th day of the month of MAY 2020; I mailed one true and correct copy of the foregoing Motion for Judgment by Default first class postage, prepaid through the FCI Beckley-Medium Prison Postal Services to the following:

Court Clerk
U.S. District Court
500 Poydras St., Room C-151
New Orleans, LA 70130

Respectfully Submitted,
X Trevor Williams
TREVOR WILLIAMS
#01167-748
FCI Beckley-Med.
P.O. Box 350
Beaver, WV 25813

(3)



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. CourtHouse
500 Poydras St. Room C-151
New Orleans, La. 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5606 9274 8682 49

2. Article Number (Transfer from service label)
7019 1640 0001 3924 8232

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

CERTIFIED MAIL

7019 1640 0001 3924 8232

Trevor Williams #01167-748
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV. 25813

Certified

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
MAY 18, 20
AMOUNT
$0.00
R2305K141685-02

70130

U.S. District Court House
Court Clerk
Room C-151
500 Poydras St.
New Orleans, La. 70130

*LEGAL MAIL*

*LEGAL MAIL*